1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HENRY A. JONES,                              No.  2:12-cv-2695 MCE KJN P

12                  Plaintiff,

13         v.                                     ORDER

14   G. WHITTED, et al.,

15                  Defendants.

16

17        Plaintiff, a state prisoner incarcerated at California State Prison-Los Angeles County, has

18   filed a second request for appointment of counsel.  (See ECF No. 25.)  Plaintiff proceeds in forma

19   pauperis in this civil rights action, brought pursuant 42 U.S.C. § 1983.  Plaintiff challenges the

20   conduct of three prison officials at California State Prison-Sacramento (G. Whitted, J. Jones and

21   D. Reed), when plaintiff was incarcerated there in 2011.  This action proceeds on the following

22   claims:  excessive force against Jones and Whitted; retaliation against defendants Jones and Reed;

23   deliberate indifference to plaintiff's health and safety, and conspiracy to violate plaintiff's

24   constitutional rights, against all three defendants.  (See ECF No. 15 at 4-5.)

25        Review of plaintiff's instant request indicates that it may meet the concerns of this court

26   when it denied, without prejudice, plaintiff's first request for appointment of counsel, particularly

27   the need for current medical evidence demonstrating plaintiff's alleged psychological and

28   cognitive limitations.  (See ECF No. 19.)  However, before deciding whether to appoint counsel

1

1   for plaintiff in this action, the court would like to determine the parties' willingness to participate

2   in a settlement conference.

3        Accordingly, IT IS HEREBY ORDERED that:

4        1.  Within fourteen (14) days after the filing date of this order, plaintiff and defense

5   counsel shall file separate statements indicating the following:

6        a.  Whether a settlement conference may be helpful in resolving this action; and

7        b.  If so, whether the parties waive the disqualification of the undersigned magistrate

8   judge to conduct the conference, or request that another magistrate judge be assigned for this

9   purpose.

10        SO ORDERED.

11   Dated:  March 18, 2014

12

13   /jone2695.inquire.sett

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2