UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

HENRY A. JONES,

       Plaintiff,                No. 2:12-cv-2695 MCE KJN P

  v.

G. WHITTED, et al.,

                            **ORDER & WRIT OF HABEAS CORPUS**
       Defendants.        **AD TESTIFICANDUM**

    **Henry Jones, CDCR # P-69574**, a necessary and material witness in a settlement conference in this case on Thursday, June 19, 2014, is confined in California State Prison, Los Angeles County (LAC), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before **Magistrate Judge Jennifer L. Thurston at the U. S. District Court, 510 19th Street, Bakersfield, California 93301, on Thursday, June 19, 2014, at 9:30 a.m.**

    **ACCORDINGLY, IT IS ORDERED** that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, to participate in a settlement conference at the time and place noted above, until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to LAC.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, LAC, 44750 60th Street West, Lancaster, California 93536:**

    **WE COMMAND** you to produce the inmate named above, to testify before Judge Thurston at the time and place noted above, until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to LAC.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  June 5, 2014

/jone2695.841

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE