K<small>AMALA</small> D. H<small>ARRIS</small>, State Bar No. 146672
Attorney General of California
J<small>ESSICA</small> N. B<small>LONIEN</small>, State Bar No. 189137
Supervising Deputy Attorney General
M<small>ARIA</small> G. C<small>HAN</small>, State Bar No. 192130
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
 Telephone:  (916) 323-1940
 Facsimile:  (916) 322-8288
 E-mail: Maria.Chan@doj.ca.gov
*Attorneys for Defendants Whitted, Jones, and Reed*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| **HENRY A. JONES**,<br><br>                              Plaintiff,<br><br>        v.<br><br>**G. WHITTED, et al.**,<br><br>                              Defendants. | Case No. 2:12-cv-02695-MCE-KJN P<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

   Plaintiff Henry A. Jones and Defendants G. Whitted, Et Al. have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (2:12-cv-02695-MCE-KJN)

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: 6/19/2014          /s/  Henry A. Jones

                          Henry A. Jones, Plaintiff

Dated: 6/19/2014          /s/  Maria G. Chan
                          Maria G. Chan
                          Deputy Attorney General
                          California Attorney General's Office
                          *Attorney for Defendants G. WHITTED, et al.*

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file.

**IT IS SO ORDERED**.

Dated: June 27, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SA2014312042
11387288.doc

/jone2695.set

2

DECLARATION OF SERVICE

Case Name:     Henry A. Jones, Jr. (P-69574) v. G. Whitted, et al.

Court:         USDC Eastern District

Case No.:      2:12-cv-2695 MCE KJN P

I declare:

    I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am 18 years of age or older and not a party to the within entitled cause. On June 26, 2014, I placed the attached

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii)**

and served in the method described below:

    __X__ First Class Mail. Placed a true copy in a sealed envelope, postage thereon fully prepaid. That I am readily familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

    _____ Golden State Overnight and/or UPS Overnight Service. Placed a true copy in a sealed envelope, with delivery charges pre-paid, addressed as indicated below, to be delivered by next day air.

addressed as follows:

HENRY A. JONES, Jr., P-69574                                    Petitioner, in Pro Se
California State Prison – Los Angeles County
P. O. Box 4670     D-1/213
Lancaster, CA 93539

    I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on June 26, 2014, at Sacramento, California.

                                         */s/ Maureen D. Armistead*
                                         Maureen D. Armistead

3

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (2:12-cv-02695-MCE-KJN)