UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES, | No. 2:12-cv-2695 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| G. WHITTED, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding through counsel.[1] By stipulation and order, this action was terminated on June 30, 2014. (ECF No. 37.) On October 10, 2014, plaintiff filed a request for court order. (ECF No. 38.) While not entirely clear, it appears that plaintiff may be contesting an issue allegedly resolved by the settlement in this action. If so, plaintiff must file a motion before the settlement judge to either enforce or modify the settlement. However, at the present time, plaintiff is represented by counsel. Thus, any motion must be made through counsel. If plaintiff's counsel believes that a material term of settlement has been breached, he may consult with defense counsel and, if necessary, file a motion before the settlement judge.

---

[1] By order filed April 30, 2014, counsel was appointed for a limited purpose, and was accorded the option of withdrawing his representation of plaintiff or, at his discretion, proceeding as plaintiff's appointed counsel for purposes of discovery, settlement and/or trial. (ECF No. 31 at 2.) Counsel continued his representation through the settlement conference, and has not moved to withdraw.

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 38) is denied
2 without prejudice.
3 Dated:  November 14, 2014

5 /jone2695.den

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE